NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINA JUTARIU, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ART FASHION CORPORATION dba ROBERTO CAVALLI, a New York corporation, and DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No.: 2:15-CV-09374-CAS (PLAx)<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4830-1028-0759.1

[PROPOSED] ORDER ADOPTING STIPULATED PROTECTIVE ORDER

ORDER

The Court, having read the foregoing Stipulated Protective Order, and good cause appearing therefore, adopts the Stipulated Protective Order, with changes, as an Order of the Court.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 6, 2016

*Paul L. Abrams*
_____
Paul L. Abrams
United States Magistrate Judge